UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DAVE RENTERIA,<br><br>                           Plaintiff,<br><br>v.<br><br>CUEVAS, 3rd Watch Correctional Officer; BYRNES, 3rd Watch Correctional Officer; KAKO, 3rd Watch Correctional Officer; MEEKS, 2nd Watch Correctional Officer; M. GARCIA, 2nd Watch Correctional Officer; RICO, Correctional Sergeant; MS. T. MARTINEZ, Correctional Lieutenant; and MARCUS POLLARD, Warden,<br><br>                           Defendants. | Case No.: 21-CV-1507 JLS (MSB)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR A TEMPORARY STAY**<br><br>(ECF No. 15) |

       Presently before the Court is Plaintiff Ronald Dave Renteria's ("Plaintiff") Motion for a Temporary Stay of Any Further Proceedings in the District Court Under Fed. R. App. P. Rule 8(a)(1) ("Mot.," ECF No. 15). The Court recently granted Plaintiff's Letter and Request to Stay Proceedings ("Req.," ECF No. 12), which the Court construed as a request to postpone the spreading of the mandate until after Plaintiff's postconviction relief proceeding hearing on May 3, 2022. *See* ECF No. 14 (the "Order"). Pursuant to the Order, the Status/Appeal Mandate Hearing in this matter has already been reset to 3:00 p.m. on

1  <u>May 26, 2022</u> to accommodate Plaintiff's court appearance. *See id*. at 2. As the Court
2  previously noted, "should Plaintiff find himself unable to prosecute this action after the
3  mandate is spread, he may file a request for voluntary dismissal without prejudice pursuant
4  to Federal Rule of Civil Procedure 41(a)." *Id.* Accordingly, the Court **DENIES AS**
5  **MOOT** Plaintiff's Motion.
6       **IT IS SO ORDERED.**
7  Dated: April 8, 2022

*[Signature]*
Hon. Janis L. Sammartino
United States District Judge